Mario Salgado
Salgado & Associates
3119 24th Street
San Francisco, California 94110
(415) 401-8699
salgadoimmigrationlaw@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| RICARDO RODRIGUEZ GAMA, | ) | Case No. 2:13-cv-02162 (WBS-KJN) |
| Plaintiff, | ) | ~~PROPOSED~~ ORDER RE: |
| | ) | JOINT STIPULATION FOR |
| v. | ) | CONTINUANCE OF HEARING |
| | ) | |
| SUSAN CURDA, | ) | |
| ET AL., | ) | |
| Defendants. | ) | |
| | ) | |

The Court hereby GRANTS the parties' Joint Stipulation for Continuance of the Scheduling Conference.  The instant matter is continued until April 28, 2014 at 2:00p.m.  A Joint Status Report shall be filed no later than April 14, 2014.

Dated:  January 29, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE