BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO RODRIGUEZ GAMA, | ) |
| | ) Case No.: 2:13-cv-2162 WBS KJN |
| Plaintiff, | ) |
| | ) **JOINT STIPULATION AND** |
| v. | ) **[PROPOSED] ORDER RE:** |
| | ) **CONTINUANCE OF STATUS** |
| KATHY BARAN, *et al.*, | ) **CONFERENCE** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

On May 9, 2014, Plaintiff filed an amended complaint in this matter. Defendants have not yet filed an answer or other responsive pleading. The parties are also exploring the possibility of a resolution to this matter at the administrative level. Thus, the parties agree to a continuance of the status conference date until July 7, 2014.

Dated: May 21, 2014                              Respectfully Submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 s/ Audrey B. Hemesath
                                                 AUDREY B. HEMESATH
                                                 Assistant United States Attorney

1

|   |   |
|---|---|
|   | /s/ Mario Salgado |
|   | MARIO SALGADO |
|   | Attorney for the Plaintiff |

**Order**

The status conference is continued to July 7, 2014 at 2 p.m. A Joint Status Report shall be filed on or before June 23, 2014.

Dated:  May 22, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE