BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO RODRIGUEZ GAMA, | Case No.: 2:13-cv-2162 WBS KJN |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL** |
| KATHY BARAN, *et al.*, | |
| Defendants. | |

On June 12, 2014, United States Citizenship and Immigration Services reopened Plaintiff's Deferred Action for Childhood Arrivals Application and issued a Notice of Intent to Deny. The parties therefore stipulate to dismissal of this action, each side to bear its own costs of litigation.

Dated: June 13, 2014                    Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        s/ Audrey B. Hemesath
                                        AUDREY B. HEMESATH
                                        Assistant United States Attorney

1

/s/ Mario Salgado
MARIO SALGADO
Attorney for the Plaintiff

**Order**

Pursuant to this joint stipulation, the matter is dismissed.

Dated: June 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE